IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EBENEZER OLUDOTUN | CIVIL ACTION |
|---|---|
| v. | NO. 25-2819 |
| BILATERAL CREDIT CORP LLC | |

### ORDER RE: MOTION TO DISMISS

AND NOW, this 17th day of November 2025, after careful consideration of Defendant's Motion to Dismiss (ECF 20), Plaintiff Oludotun's Response (ECF 22), Defendant's Reply (ECF 23), Plaintiff Oludotun's Motion for Leave to File a Surreply (ECF 28), and Defendant's Opposition to Plaintiff Oludotun's Motion for Leave to File a Surreply (ECF 29), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff Oludotun's Motion for Leave to File a Surreply (ECF 28) is **DENIED**; and

2. Defendant's Motion to Dismiss (ECF 20) is **GRANTED IN PART AND DENIED IN PART**, as follows:

   a. with respect to Count I of the Complaint brought pursuant to the Fair Debt Collection Practices Act, the Motion to Dismiss is **DENIED**.

   b. with respect to Count II of the Complaint brought pursuant to the Fair Credit Reporting Act, the Motion to Dismiss is **GRANTED**, and Count II is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff Oludotun is **GRANTED** leave to file an amended complaint within 14 days of the date of this Order.

BY THE COURT:

_____
MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-2819 Oludotun v Bilateral Credit Corp\25cv2819 Order re MTD.docx